# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD, | ) |
| Plaintiff(s), | ) Case No. 2:14-cv-01727-JAD-NJK |
| vs. | ) ORDER |
| FIRESPOTTER LABS, et al., | ) |
| Defendant(s). | ) |

Plaintiff brings this case alleging claims for, *inter alia*, cybersquatting and trademark infringement. *See* Docket No. 5. Currently before the Court is the parties' proposed discovery plan, which seeks a discovery period of 420 days. *See* Docket No. 20 at 2. This is well beyond the presumptively reasonable discovery period of 180 days. *See* Local Rule 26-1(e)(1). Without elaboration, the parties indicate that the 420-day period is needed because "the case involves complicated and technical computer and cloud technology issues which will likely require the necessity for expert witnesses and rebuttal witnesses once the initial discovery is completed." *See* Docket No. 20 at 2. The Court finds this explanation insufficiently developed to order such a lengthy discovery period. Accordingly, the discovery plan is hereby DENIED.

1     The parties shall file, no later than January 14, 2015, a revised discovery plan that either accords with the deadlines provided by the Local Rules or better explains why it is appropriate in this case to depart from those deadlines.

    IT IS SO ORDERED.

    DATED: January 9, 2015

                                  _____
                                  NANCY J. KOPPE
                                  United States Magistrate Judge