**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| SWITCH, LTD., aka SWITCH COMMUNICATIONS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRESPOTTER LABS, aka SWITCH COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:14-cv-01727-APG-NJK<br><br>**ORDER SETTING (1) BRIEFING SCHEDULE AND (2) PRELIMINARY INJUNCTION HEARING** |

IT IS ORDERED that the defendant shall file a response to the plaintiff's emergency renewed motion for preliminary injunction (Dkt. #28) on or before December 7, 2015.

IT IS FURTHER ORDERED that a motion hearing is set for December 10, 2015 at 1:30 p.m. in LV Courtroom 6C before Judge Andrew P. Gordon for oral argument only.

DATED this 24th day of November, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE