Mark G. Tratos, Esq.
Nevada Bar No. 1086
tratosm@gtlaw.com
Lauri S. Thompson, Esq.
Nevada Bar No. 6846
thompsonl@gtlaw.com
Peter H. Ajemian, Esq.
Nevada Bar No. 9491
ajemianp@gtlaw.com
Shauna L. Norton, Esq.
Nevada Bar No. 11320
nortons@gtlaw.com
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD. a/k/a SWITCH COMMUNICATIONS GROUP, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> FIRESPOTTER LABS a/k/a SWITCH COMMUNICATIONS, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 2:14-cv-01727-JAD-NJK <br><br> **ORDER GRANTING MOTION REQUESTING LEAVE TO FILE VIDEO EXHIBIT** |

For good cause shown, the court hereby GRANTS Plaintiff's Motion Requesting Leave to File Video Exhibit attached as **Exhibit 13** to Plaintiff's Emergency Renewed Motion for Preliminary Injunction, filed on November 23, 2015 [Doc. No. 28].

By: _____
United States District Judge
Date: November 30, 2015

LV 420575239v1

# Exhibit 13

