**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SWITCH, LTD., aka SWITCH COMMUNICATIONS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIRESPOTTER LABS, aka SWITCH COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:14-cv-01727-APG-NJK<br><br>**ORDER TO FILE UNDER SEAL**<br><br>(Dkt. #46) |

Having read and considered Plaintiff's Amended Motion to File Under Seal (Dkt. #46), and for good cause shown,

IT IS ORDERED that the parties have established good cause to permanently seal from public access the information designated by the parties in Plaintiff's Opposition to Defendant's Motion to Amend its Affirmative Defenses and Counterclaim as "confidential."

IT IS FURTHER ORDERED that Plaintiff shall immediately file its redacted Opposition to Defendant's Motion to Amend its Affirmative Defenses and Counterclaim.

Dated: January 4, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE